# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENEE DEAN-JOHNSON, an individual,<br><br>Plaintiff<br><br>v.<br><br>HAMED SORKHABI, an individual; DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>Defendants | Case No.: 2:18-cv-02382-APG-GWF<br><br>**Order Deeming Order to Show Cause Satisfied** |

Based on the defendant's response (ECF No. 8) to my Order to Show Cause (ECF No. 5), I will not remand this case to the state court at this time. The parties remain responsible to prove subject matter jurisdiction exists in this case.

DATED this 8th day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE