UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| RENEE DEAN-JOHNSON, | Case No. 2:18-cv-02382-APG-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| HAMED SORKHABI, *et al*., | |
| Defendant. | |

This matter is before the Court on Scott L. Poisson, Esq. and Brandon C. Verde, Esq. and Bernstein & Poisson Motion to Withdraw (ECF No. 16), filed March 18, 2019. Defendant Hamed Sorkhabi filed his Notice of Non-Opposition (ECF No. 17) on March 20, 2019. Upon review and consideration, the Court finds good cause exists to grant counsel's request for withdrawal and 30 day stay of proceedings to allow Plaintiff to obtain new counsel. Accordingly,

**IT IS HEREBY ORDERED** that Scott L. Poisson, Esq. and Brandon C. Verde, Esq. and Bernstein & Poisson Motion to Withdraw (ECF No. 16) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Renee Dean-Johnson to the civil docket:
**Renee Dean-Johnson**
**8305 Aqua Spray Ave.**
**Las Vegas, NV 89128**

. . .

. . .

. . .

. . .

1

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Plaintiff with a copy of this order at her last known address listed above.

**IT IS FURTHER ORDERED** that this matter is stayed for **30 days** from the date of this Order.

Dated this 5th day of April, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE